**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IRIS YAMILETH SOSA RODRIGUEZ, | Case No. EDCV 26-2656-PVC |
| Petitioner, | |
| v. | **MEMORANDUM DECISION AND ORDER GRANTING PETITION AND ORDERING IMMEDIATE RELEASE** |
| WARDEN, et al., | |
| Respondents. | |

On May 18, 2026, Petitioner, an immigrant detainee and national of Honduras, filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, seeking an order requiring Respondents to immediately release her from immigration detention and prohibiting Respondents from re-detaining her unless her re-detention is ordered at a custody hearing before a neutral arbiter at which the government bears the burden of proving, by clear and convincing evidence, that Petitioner is a flight risk or a danger to the community. (Dkt. No. 1 at 16).[1]  On May 26, 2026, Respondents responded to the Petition for Writ of Habeas Corpus, stating that they "are not presenting an opposition argument" to the Petition. (Dkt. No. 8 at 2).  Because Respondents do not oppose the

---

[1] For ease of reference, when citing to the filings, the Court refers to CM/ECF page numbers generated in the blue ribbon at the top of each page filed on the docket.

Petition, its merits are conceded. *See* C.D. Cal. L.R. 7-12 ("The failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion."); *see also* C.D. Cal. L.R. 7-9 (setting forth the requirements of opposition brief or statement of non-opposition).

Accordingly, the Court **GRANTS** the Petition, and Respondents are **ORDERED** to:

1) Release Petitioner from custody immediately;
2) Not re-detain Petitioner unless her re-detention is ordered at a custody hearing before a neutral arbiter at which the government bears the burden of proving by clear and convincing evidence that Petitioner is a flight risk or a danger to the community ; and
3) File a notice of compliance no later than **May 29, 2026.**

The matter is deemed closed. The Court **ORDERS** the Clerk to vacate any pending dates and to close the case. Judgment is **ENTERED** in favor of Petitioner.

IT IS SO ORDERED.

Dated: May 27, 2026

_____
PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE

2