JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRIS YAMILETH SOSA RODRIGUEZ,<br><br>     Petitioner,<br><br>     v.<br><br>WARDEN, et al.,<br><br>     Respondents. | Case No. EDCV 26-2656-PVC<br><br>**JUDGMENT** |

IT IS HEREBY ADJUDGED that the Petition is GRANTED. Respondents are ordered to:

1) Release Petitioner from immigration custody immediately;

2) Not re-detain Petitioner unless her re-detention is ordered at a custody hearing before a neutral arbiter, at which the government bears the burden of proving by clear and convincing evidence that Petitioner is a flight risk or a danger to the community; and

3) File a notice of compliance no later than **May 29, 2026.**

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: May 27, 2026

_____
PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE

2